IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>REAL PROPERTY LOCATED AT 2810 TAHOE DRIVE, MERCED, MERCED COUNTY, CALIFORNIA, APN: 007-183-011, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>    Defendant. | 1:06-CV-00615-AWI-SMS<br><br>**STIPULATION AND ORDER STAYING ACTION** |

On January 31, 2007, the parties filed the following stipulation:

It is hereby stipulated by and between plaintiff United States of America, by its attorney McGregor W. Scott, United States Attorney for the Eastern District of California, Stephanie Hamilton Borchers, Assistant United States Attorney, Sharon C. Dutton Attorney for Claimant World Savings Bank, and Richard P. Berman Attorney for Claimants Pablo O. Perez and Lorena Perez:

1. Claimant World Savings Bank filed a claim and an answer on June 22, 2006, in this action. Claimants Pablo O. Perez and Lorena Perez filed a verified claim on August 3, 2006 and an answer on August 17, 2006, in this action. No other parties have filed a claim. For purposes of this stipulation only, the United States stipulates that World Savings Bank, Pablo O. Perez, and Lorena Perez has standing to contest this forfeiture action.

2. This civil action was filed on May 18, 2006. The defendant real property located at 2810 Tahoe Drive was posted with copies of the complaint and notice of complaint on June 8, 2006.

3. The parties recognize that proceeding with this action at this time could potentially adversely effect the prosecution of the related criminal case, *United States v. Sergio Padilla, et al.,* 1:06-CR-00059-AWI.

THEREFORE the parties to this action stipulate as follows:

1. Pursuant to 18 U.S.C. § 981(g), this action shall be stayed pending the conclusion of the federal criminal action presently pending against defendant and claimant Lorena Perez.

IT IS SO STIPULATED.

| Dated: Jan. 24, 2007 | McGREGOR W. SCOTT<br>United States Attorney |
|---|---|
| | /s/ Stephanie Hamilton Borchers<br>STEPHANIE HAMILTON BORCHERS<br>Assistant U.S. Attorney |
| Dated: 1-25-07 | /s/ Michael C. Flynn<br>MICHAEL C. FLYNN<br>Attorney for Claimant World Savings Bank |
| Dated: 1-25-07 | /s/ Richard P. Berman<br>RICHARD P. BERMAN<br>Attorney for Claimants<br>Pablo O. Perez and Lorena Perez |

(original signatures retained by attorney)

For good cause shown, the Court adopts the parties' stipulation. Accordingly, IT IS HEREBY ORDERED that this case is stayed pending conclusion of the federal criminal action presently pending against defendant and claimant Lorena Perez.

IT IS SO ORDERED.

**Dated:   February 2, 2007**                     **/s/ Anthony W. Ishii**
0m8i78                                                                 UNITED STATES DISTRICT JUDGE